AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 27 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:01CR00038-01 JLH |
| **ANTHONY BLAKELY** ) | USM No: 22355-009 |
| Date of Previous Judgment: April 5, 2002 ) | Jenniffer M. Horan - appointed on February 14, 2008 |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___84___ months is reduced to ___TIME SERVED___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

### III. ADDITIONAL COMMENTS


Except as provided above, all provisions of the judgment dated ___April 5, 2002___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: February 27, 2008

_____
(Judge's signature)

Effective Date: March 3, 2008
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title